### JACKSON *v.* ORIENT INSURANCE CO.

FIRE INSURANCE.
>   Case ruled by *Jackson* v. *British America Assurance Co.*, *ante*, 47.

Error to Bay; Maxwell, J. Submitted June 5, 1895. Decided July 2, 1895.

*Assumpsit* by Gurdon K. Jackson, trustee, against the Orient Insurance Company on a fire policy. From a judgment for plaintiff, defendant brings error. Affirmed.

*Shaw & Wright* (*H. D. Goulder* and *George Clinton*, of counsel), for appellant.

*T. A. E & J. C. Weadock* (*T. E. Tarsney*, of counsel), for appellee.

HOOKER, J. This cause is ruled by that of *Jackson* v. *British America Assurance Co.*, *ante*, 47, which it closely resembles.

Judgment affirmed.

The other Justices concurred.

---

### MURRAY *v.* NEAR.

JOINT STOCK ASSOCIATION—WINDING UP—EQUITY JURISDICTION—CONSTRUCTION OF CONTRACT.
>   Several persons entered into a contract with D. by which they agreed to contribute certain sums "as and for stock" in an hotel .building to be erected by him, and to "take in pay" a corresponding interest in the property. D. was to have the